**DISMISS and Opinion Filed January 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-18-00858-CV
_____

**MARITES PADAGAS WILKINSON, Appellant**
**V.**
**TAD EDWARD WILKINSON, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0143**

## MEMORANDUM OPINION

Before Chief Justice Burns, III, Justice Brown, and Justice Molberg
Opinion by Chief Justice Burns, III

Before the Court is the December 21, 2018 letter from counsel for appellant informing the

Court that appellant wishes to withdraw her appeal. We construe counsel's letter as a motion to

dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS III
CHIEF JUSTICE

180858F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARITES PADAGAS WILKINSON,
Appellant

No. 05-18-00858-CV      V.

TAD EDWARD WILKINSON, Appellee

On Appeal from the County Court at Law,
Rockwall County, Texas
Trial Court Cause No. 1-18-0143.
Opinion delivered by Chief Justice Burns,
III. Justices Brown and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TAD EDWARD WILKINSON recover his costs of this appeal from appellant MARITES PADAGAS WILKINSON.

Judgment entered January 3, 2019